

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 10 2007

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY
SHREVEPORT

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. NO. 01-50113-01** |
| **VERSUS** | **JUDGE DONALD E. WALTER** |
| **LATASHA NIKKOLE WILSON** | **MAGISTRATE JUDGE HORNSBY** |

## O R D E R

Latasha Nikkole Wilson filed the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence [Doc. #118] presently before this Court asserting that the 12-month sentence imposed following the revocation of her supervised release violates her Fourteenth Amendment due process rights. Wilson asserts that her sentence is unconstitutional because her term of supervised release was revoked based on state charges brought against her that were eventually dismissed. The 12-month sentence imposed by this court was based on Wilson's admission of guilt to the allegations of committing another state crime, namely, theft by shoplifting, and associating with other persons engaged in criminal activity and a convicted felon listed in the Petition filed by the Probation Office.

Article III, § 2 of the Constitution limits federal court jurisdiction to actual cases and controversies. <u>Spencer v. Kemna</u>, 523 U.S. 1, 7 (1998). The case-or-controversy requirement demands that "some concrete and continuing injury other than the now-ended incarceration or parole--some 'collateral consequence' of the conviction--must exist if the suit is to be maintained." <u>Id.</u>

Wilson has served the sentence that was imposed upon the revocation of her supervised release. The judgment revoking Wilson's term of supervised release imposed no further term of supervised release. Accordingly, there is no case or controversy for this court to address, and the

Motion to Vacate, Set Aside or Correct Sentence [Doc. #118] is, therefore, **DENIED AS MOOT.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 7th day of August, 2007.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE